

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, LITZY MICHELLE OSTOS-IRIGOYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:19-CR-00041-DAD |
|---|---|
| Plaintiff, | ) WAIVER OF DEFENDANT'S PERSONAL ) PRESENCE; ORDER THEREON |
| vs. | ) |
| | ) Judge: Hon. Barbara A. McAuliffe |
| LITZY MICHELLE OSTOS-IRIGOYEN, | ) |
| | ) Third Status Conference: February 10, 2020 |
| Defendant. | ) Time: 1:00 p.m. |
| | ) Courtroom: 8 |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, LITZY MICHELLE OSTOS-IRIGOYEN, having been advised of her right to be present at all stages of the proceedings, hereby requests that this court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, Roger S. Bonakdar of the Bonakdar Law Firm, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.

Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Specifically, Defendant requests that the Court waive his personal appearance at the Fifth Status Conference scheduled for February 10, 2020, at 1:00 p.m., before Magistrate Judge McAuliffe, and all non-substantive (dispositive motions, plea, sentencing) hearings, pending further order of the Court.

-1-

WAIVER OF DEFENDENDANT'S PERSONAL PRESENCE; ORDER

Defendant's Pretrial Services Officer has reported that Defendant has been doing well under supervision. Therefore, Defendant respectfully requests that the Court waive her appearance at this appearance, and any other appearances that the Court may permit.

Respectfully submitted,

DATED: January 22, 2020         BONAKDAR LAW FIRM

/s/  Roger S. Bonakdar
ROGER S. BONAKDAR
Attorneys for Defendant
ROBERT LOPEZ, III

DATED: January 22, 2020         /s/ Litzy Michelle Ostos-Irigoyen
LITZY MICHELLE OSTOS-IRIGOYEN

## O R D E R

Good cause appearing, **IT IS ORDERED that Defendant's appearance at the February 10, 2020, Fifth Status Conference is hereby waived.**

IT IS HEREBY FURTHER ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **January 23, 2020**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE