BONAKDAR LAW FIRM
Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, LITZY OSTOS-IRIGOYAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>BELMARES-ANCHONCO, ET AL,<br><br>                      Defendant. | CASE NO. 1:19-CR-00041-DAD-BAM<br><br>STIPULATION AND ORDER REGARDING MODIFICATION OF LOCATION MONITORING CONDITION AS TO CURFEW FOR DEFENDANT LITZY OSTOS-IRIGOYAN |

TO THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Government (United States of America) by and through Thomas Newman, Assistant United States Attorney and Defendant Litzy Ostos-Irigoyan ("Defendant"), by and through his counsel, Roger S. Bonakdar of the Bonakdar Law Firm, hereby stipulate and agree as follows:

WHEREAS upon release from custody, Defendant has been on an in-home incarceration with location-based monitoring program, in New Mexico.

WHEREAS Defendant has had no instances of violations of her terms of release/in home incarceration.

WHEREAS it has been agreed between the Government, Pre-Trial Services and Defendant that Defendant's terms of release be modified as follows:

1
**STIPULATION RE MODIFICATION OF LOCATION MONITOR CURFEW; ORDER**

"HOME DETENTION: You shall remain inside your residence at all times except for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer."

IT IS FURTHER STIPULATED that all prior conditions of pretrial release not modified by this stipulation remain in full force and effect.

IT IS SO STIPULATED:

Dated: January 22, 2020   BENJAMIN B. WAGNER
United States Attorney

By: /s/ Thomas Newman
THOMAS NEWMAN
Assistant United States Attorney

BONAKDAR LAW FIRM

Dated: January 22, 2020   By: /s/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendant
LITZY OSTOS-IRIGOYAN

**ORDER**

IT IS SO ORDERED.

Dated: **January 27, 2020**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE