(SPACE BELOW FOR FILING STAMP ONLY)

1

**BONAKDAR** **LAW FIRM**

2

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

3

4

5

Attorney for DEFENDANT, LITZY MICHELLE OSTOS-IRIGOYEN

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11                                          * * * * * *

UNITED STATES OF AMERICA,                   CASE NO.  1:19-CR-00041-DAD

12

                        Plaintiff,          STIPULATION AND ORDER TO MODIFY
                                            CONDITIONS OF PRETRIAL RELEASE
13

                    v.

14

LITZY MICHELLE OSTOS-IRIGOYEN,

15

                        Defendant.

16

17

18          TO THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19          The Government (United States of America) by and through Laurel J. Montoya,

20   Assistant United States Attorney and Defendant Litzy Ostos-Irigoyan, by and through her

21   counsel Roger S. Bonakdar of the BONAKDAR LAW FIRM, hereby stipulate and agree as

22   follows:

23          WHEREAS, on March 19, 2019, Ms. Ostos-Irigoyan was ordered released on a $2,000

24   cash bond with Pretrial Services supervision with special conditions of release to include a

25   third-party custodian and location monitoring with Home Incarceration.

26          WHEREAS, Ms. Ostos-Irigoyen currently resides in New Mexico, and is being

27   supervised by the US Probation Office in that district. Ms. Ostos-Irigoyen's supervision officer

28

                                              1
                **STIPULATION RE MODIFICATION OF PRETRIAL RELEASE; ORDER**

1   reports she has remained in full compliance with the conditions of her bond, including fully

2   adhering with all of the requirements of the Location Monitoring Program (modified to Home

3   Detention on January 27, 2020.) Mr. Ostos-Irigoyen's third-party custodian is her grandmother.

4          WHEREAS, Ms. Ostos-Irigoyen's third-party custodian has been experiencing

5   significant health and medical issues, which require additional care and support.

6          WHEREAS, Ms. Ostos-Irigoyen's restrictions due to the location monitoring render it

7   difficult to provide care for her grandmother, and the third-party custodian's family feel it

8   necessary for the grandmother to live with another family member.

9          WHEREAS, Ms. Ostos-Irigoyen's supervising offer in New Mexico is recommending

10  modification of Ms. Ostos-Irigoyen's pretrial release.

11         WHEREAS, Pretrial Services, the Government and Defendant are in agreement to

12  modifying Ms. Ostos-Irigoyen's pretrial release to remove the third-party custodian

13  requirement, the home detention requirement, and the location monitoring device requirement.

14

15         IT IS HEREBY STIPULATED by and between the parties herein, that Ms. Ostos-

16  Irigoyen's conditions of pretrial release be modified as follows:

17             Delete the following: Condition number 6 (third-party custodian);
              condition number 7(j) participate in location monitoring with
18            Home Detention; and, the requirement of condition 7(b) to reside
              with her custodian.
19

20      IT IS FURTHER STIPULATED, that all other prior conditions of pretrial

21  release not in conflict shall remain in full force and effect.

22  IT IS SO STIPULATED.

23  Dated:  January 18, 2021                    MCGREGOR W. SCOTT
                                                United States Attorney
24

25                                       By:  /s/ Laurel J. Montoya

26                                            LAUREL J. MONTOYA
                                              Assistant United States Attorney
27

28

**STIPULATION RE MODIFICATION OF PRETRIAL RELEASE; ORDER**

Dated: January 18, 2021                                    BONAKDAR LAW FIRM


                                                    /s/ Roger Bonakdar____
                                                    Attorney for Defendant
                                                    Litzy Ostos-Irigoyan

 Dated: January 18, 2021                                   US PRETRIAL SERVICES

                                        By:     /s/ Frank Guerrero
                                                FRANK GUERRERO
                                                Pretrial Services Officer




IT IS SO ORDERED.


    Dated:   **January 20, 2021**            ____/s/ *Barbara A. McAuliffe*_____
                                             UNITED STATES MAGISTRATE JUDGE

---

3

**STIPULATION RE MODIFICATION OF PRETRIAL RELEASE; ORDER**