PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LITZY MICHELLE OSTOS-IRIGOYEN,<br><br>Defendant. | CASE NO. 1:19-CR-00041-ADA-BAM<br><br>STIPULATION TO VACATE TRIAL SETTING/CHANGE OF PLEA HEARING<br><br>DATE: June 5, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

The parties by this stipulation request to the trial setting be set to September 13, 2023 and exclude time to and through that date.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on June 5, 2023.

2. By this stipulation, defendant and government request that the trial setting hearing be continued to September 13, 2023 at 1:00 pm before Magistrate Judge McAuliffe.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the initial discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying. The parties have been actively involved in plea negotiations and those negotiations are

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

on-going.  The parties are closer to a resolution than before and are hopeful the matter can resolve without a jury trial.  Additional time is needed to finalize the plea negotiations.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 5, 2023 to September 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**[Remainder of this page intentionally left blank.]**

   IT IS SO STIPULATED.

Dated: May 31, 2023                           PHILLIP A. TALBERT
                                              United States Attorney


                                              /s/ LAUREL J. MONTOYA
                                              LAUREL J. MONTOYA
                                              Assistant United States Attorney


Dated: May 31, 2023                           /s/ ROGER BONAKDAR
                                              ROGER BONAKDAR
                                              Counsel for Defendant
                                              LITZY MICHELLE OSTOS-
                                              IRIGOYEN


IT IS SO ORDERED.

   Dated:   May 31, 2023
                                              _____
                                              UNITED STATES DISTRICT JUDGE