PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LITZY MICHELLE OSTOS-IRIGOYEN,<br><br>Defendant. | CASE NO. 1:19-CR-00041-ADA-BAM<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 13, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 13, 2023.

2. By this stipulation, the parties request the Court set the matter for jury trial on July 30, 2024, and to exclude time between September 13, 2023, and July 30, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additionally, the parties have actively engaged in plea negotiations and are continuing to do so.

///

        b) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 13, 2023 to July 30, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 12, 2023              PHILLIP A. TALBERT
                                         United States Attorney


                                         /s/ LAUREL J. MONTOYA
                                         LAUREL J. MONTOYA
                                         Assistant United States Attorney


Dated:  September 12, 2023              /s/ ROGER BONAKDAR
                                         ROGER BONAKDAR
                                         Counsel for Defendant
                                         LITZY MICHELLE OSTOS-
                                         IRIGOYEN

# **ORDER**

IT IS SO ORDERED that the status conference set for September 13, 2023, is vacated. A jury trial is set for **July 30, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Estimate time of trial is **4 days**. A trial confirmation is set for **July 15, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **September 12, 2023**             /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE