**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527
Attorney for LITZY OSTOS-IRIGOYEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LITZY MICHELLE OSTOS-IRIGOYEN,<br><br>　　　　　　　　Defendant. | CASE NO. 1:19-CR-00041-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; AND ORDER<br><br>DATE: February 24, 2025<br>TIME: 8:30 a.m.<br>COURT: Hon. District Court Judge |

　　　The parties by this stipulation request a continuance of the Sentencing hearing scheduled herein for February 24, 2025.

**STIPULATION**

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for Sentencing on February 24, 2025.

　　　2.　　The interview for the preparation of the PSR is incomplete, and had to be rescheduled.

　　　3.　　By this stipulation, defendant and government request that the Sentencing hearing be continued to April 21, 2025, with informal and formal objections being due according to the new Sentencing date.

　　　IT IS SO STIPULATED.

///

///

1
**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

| | |
|---|---|
| Dated:  January 23, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ LAUREL J. MONTOYA<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
| Dated:  January 23, 2025 | /s/ ROGER BONAKDAR<br>ROGER BONAKDAR<br>Counsel for Defendant<br>LITZY MICHELLE OSTOS-IRIGOYEN |

## **ORDER**

Upon the Parties' stipulation and for good cause shown, Defendant, LITZY OSTOS IRIGOYEN's Sentencing Hearing is continued from February 24, 2025, until **April 21, 2025, at 8:30 a.m., before a District Court Judge**, with informal and informal objections being due according to the new Sentencing date.

IT IS SO ORDERED.

Dated:   **January 23, 2025**           /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE