**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, LITZY MICHELLE OSTOS-IRIGOYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19CR00041-2 |
| Plaintiff, | ORDER EXONERATING CASH BOND |
| vs. | |
| LITZY MICHELLE OSTOS-IRIGOYEN, | |
| Defendant. | |

The Stipulation of the Parties, United States of America, by and through its counsel Laurel Montoya, Assistant United States Attorney and Defendant Litzy Michelle Ostos-Irigoyen (herein "Ms. Ostos-Irigoyen") by and through her counsel Roger S. Bonakdar, for an Order Exonerating Bond having come before this Court, and good cause appearing therefore, it is hereby ORDERED:

The Court finds that Ms. Ostos-Irigoyen was released pursuant to a $2,000.00 cash bond posted on or about March 19, 2019 (Receipt No. CAE100042015). Ms. Ostos-Irigoyen is no longer subject to the custody of this Court having fully complied with the terms and conditions of her supervised release.

THEREFORE, IT IS ORDERED that the Clerk of the Court is to exonerate the $2,000 cash bond posted in this case, with said funds being released to the depositor of record, Gloria Leo, who paid said funds on behalf of Ms. Ostos-Irigoyen on March 19, 2019, Document No. 19, Receipt No. CAE100042015. Said funds shall be mailed to the following address: 2519 New York Ave NW, Alburquerque, NM 87104.

IT IS SO ORDERED. BOND IS EXONERATED.

Dated: 6/3/2025

*Sheila K. Oberto*
U.S. Magistrate Judge Sheila K. Oberto